

**NUMBER 13-13-00476-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VICTOR T. SERRANO,**                                                          **Appellant,**

**v.**

**MANUEL RAMOS,**                                                                **Appellee.**

---

**On appeal from the County Court at Law No. 4
of Hidalgo County, Texas.**

---

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the record, appellant's brief, and appellant's motion for oral argument. Appellant's brief was filed on June 23, 2014. Appellee has not filed a brief. The Court, having fully examined the record and appellant's brief hereby GRANTS appellant's motion for oral argument. This Court ORDERS appellee to file his

brief with this Court on or before November 28, 2014.   No extensions will be granted in

this matter because the case will be scheduled for oral argument in December 2014.

PER CURIAM

Delivered and filed the
29th day of October, 2014.